# EXHIBIT 14

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FARVA JAFRI, | ) | |
| | ) | |
| PLAINTIFF | ) | CIVIL ACTION NO.: 19-CV-00645 |
| | ) | |
| v. | ) | HON. THOMAS M. DURKIN |
| | ) | |
| SIGNAL FUNDING LLC, SIGNAL FINANCIAL HOLDINGS LLC, AND 777 PARTNERS LLC | ) ) | |
| | ) | |
| DEFENDANTS | ) | |

## DECLARATION OF JOSHUA WANDER

1. My name is Joshua Wander and I am over 18 years of age.

2. I submit this Declaration in support of Signal Funding LLC, Signal Financial Holdings LLC, and 777 Partners LLC's Motion for Summary Judgment.

3. I make this Declaration based on my personal knowledge.

4. I am a Founder and have been a Managing Partner of 777 Partners LLC (hereinafter "777"), a private investment firm based in Miami, Florida, since 777 was formed in May 2015 when it filed articles of organization with the Delaware Secretary of State.

5. In July 2016, I negotiated a new joint venture between 777 and Gary Chodes called Signal Funding LLC, which was formed when it filed articles of organization with the Delaware Secretary of State. 777 was the majority member/owner at the time and I was designated one of the Managers on the Board of Managers of Signal Funding LLC.

6. As part of the negotiations for the new joint venture, Gary Chodes was to be appointed the CEO. As a Co-Managing Partner at 777, and as a Manager at Signal, I hired Gary Chodes as the CEO of Signal Funding LLC.

1

7. I determined Gary Chodes compensation as CEO based on the following factors: (i) Gary Chodes had founded and operated for more than a decade Oasis, which was a successful company in the litigation funding business. His experience at Oasis was directly relevant to Signal Funding LLC's business, which at the time was a new company formed to compete in the litigation finance business; (ii) Gary Chodes' extensive contacts in the litigation finance business; (iii) Gary Chodes' knowledge of the litigation finance business; and (iii) Gary Chodes' experience and background in business since he started his professional career in 1986.

8. Gary Chodes left Signal Funding LLC in March 2017, and after his departure 777 became the sole member/owner of Signal Funding LLC.

9. As a Manager of Signal Funding LLC, I hired David Hough as Interim CEO of Signal Funding LLC on an independent contractor/consultant basis in early April 2017. At the time, David Hough was a consultant and was providing services to other clients, as well as Signal Funding LLC.

10. As a Manager of Signal Funding LLC, I determined the fees for David Hough's services as an independent contractor/consultant based on the following factors: (i) David Hough's reputation and 25 years of experience in the specialty finance industry, including over 15 years of experience in litigation finance and (ii) the relationship David Hough and I established during the one year between when he and I were first introduced (by a trusted advisor that we both had a relationship with) and when I hired David Hough as interim CEO.

11. As a Manager of Signal Funding LLC, I hired David Hough as permanent CEO of Signal Funding LLC, effective September 1, 2017.

12. As a Manager of Signal Funding LLC, I determined David Hough's compensation as permanent CEO based on the following factors: (i) the original factors I used in determining

David Hough's fees as Interim CEO as an independent contractor/consultant and (ii) David Hough's performance during the five-month period he was Interim CEO of Signal Funding LLC.

13. In June 2017, Signal Financial Holdings LLC was formed when it filed articles of organization with the Delaware Secretary of State. 777 has been the sole member/owner of Signal Financial Holdings LLC since its formation, and I have been a Manager of Signal Financial Holdings LLC since its formation.

14. After its formation, Signal Financial Holdings LLC became the sole member/owner of Signal Funding LLC.

15. In or around January 2017, as a Co-Managing Partner of 777 I hired Edward Lee as an Associate for 777. As an Associate, Edward Lee specialized in new specialty finance investment banking mandates.

16. As a Co-Managing Partner of 777, I determined Edward Lee's compensation based on the following factors: (i) his experience working in investment banking for Jefferies (a global investment banking firm headquartered in New York City) and (ii) his finance degree from Georgetown University.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2022                        Respectfully Submitted,

                                                /s/ Joshua Wander